| | | |
|---|---|---|
| STATE OF INDIANA | ) ) SS: ) | IN THE ALLEN SUPERIOR COURT |
| COUNTY OF ALLEN | | CAUSE NO. |

DERRICK MOORE,

    Plaintiff,

v.

CITY OF FORT WAYNE

    Defendant.

## COMPLAINT

COMES NOW Plaintiff Derrick Moore and alleges against the Defendant as follows:

1. The Plaintiff is Derrick Moore, a black/African American male who worked for The City of Fort Wayne from about March 17, 2016 up through March 10, 2017. Plaintiff lives within the city of Fort Wayne, Allen County, State of Indiana.

2. Defendant City of Fort Wayne is a municipality organized under the laws of the State of Indiana. Defendant City of Fort Wayne is required, pursuant to 42 U.S.C. § 1981, to afford minorities the same contractual benefits that it affords white individuals (including employment at will contractual benefits). Defendant is also an "employer" for purposes of the Family Medical Leave Act of 1993, 29. U.S.C. 2601 *et seq.* ("FMLA"). Defendant City of Fort Wayne also is an "employer" for purposes of the Indiana Worker's Compensation Act and is required to provide benefits under the IWCA to employees who suffer on-the-job work-related injuries.

3. Plaintiff issued a notice of tort claim to Defendant on or about April 21, 2017, a copy of which is attached hereto and made a part hereof as Exhibit "A".

1

**EXHIBIT**
B

4. On information of belief Plaintiff alleges that he was discriminated against and discharged because of his race and color (African American/black) in violation of 42 U.S.C. § 1981 and that similarly situated white co-workers who have suffered on-the-job injuries and who have needed Workers Compensation Benefits are not summarily terminated as what happened to the Plaintiff.

5. Under the FMLA, Plaintiff contends that he was denied substantive benefits by the FMLA, that he had his job interfered with because he needed benefits under the FMLA, and that he was retaliated against and discharged for being seriously injured and having a serious health condition under the FMLA. While Plaintiff's date of hire with the City of Fort Wayne was March 17, 2016, his date of termination was March 10, 2016 only one week shy of a full twelve months of work. Plaintiff contends that because of the serious nature of his work-related incident (a vehicular accident on February 8, 2017 which left him with a severe knee injury/lateral meniscal tear in his left knee), the Plaintiff made it clear that he would need to take time off work after his one year anniversary. But, Defendant interfered with his job before he could get his full twelve months in and terminated him one week prior to his one year anniversary, thus depriving him of benefits under the FMLA.

6. After his injury on or about February 8, 2017, Plaintiff immediately made it clear, and he requested, that he needed Worker's Compensation benefits. Plaintiff was terminated only one month later for the illegal reason specified above, and in addition, for the retaliatory and unlawful reason that Plaintiff suffered a work related injury and needed and requested Workers Compensation Benefits. Defendant's termination of the Plaintiff for this reason was in violation of the Tort Laws of the State of Indiana which prohibit a retaliatory

2

## CHRISTOPHER C. MYERS & ASSOCIATES
LAW OFFICES
809 S. Calhoun Street • Fort Wayne, IN 46802
(260) 424-0600 • (260) 424-0712

CHRISTOPHER C. MYERS
ILENE M. SMITH
LORI W. JANSEN
DAVID W. FRANK
SKYLER SPURLING-NEWSOME

cmyers@myers-law.com
ismith@myers-law.com
ljansen@myers-law.com
dfrank@myers-law.com
sspurlingnewsome@myers-law.com

April 21, 2017

Tom Henry, Mayor
City of Fort Wayne
200 E. Berry Street, Suite 425
Fort Wayne, IN 46803

Carol Helton, City Attorney
City of Fort Wayne
200 E. Berry Street, Suite 425
Fort Wayne, IN 46802

### NOTICE OF TORT CLAIM

To Whom It Concerns:

Please be advised that I represent Derrick Moore. This letter shall serve as Mr. Moore's Notice of Tort Claim to you.

### Circumstances Which Brought About the Loss:

Claimant received personal injuries resulting from an on-the-job accident on or about February 3, 2017. Claimant requested medical care and other worker's compensation benefits. Claimant was wearing his seatbelt, but the City of Fort Wayne fabricated and manufactured evidence that he was not wearing his seatbelt in order to justify a retaliatory termination of the Claimant which was in violation of the public polices and tort laws of the State of Indiana.

### Extent of the Loss:

Plaintiff was injured while driving a truck on or around February 3, 2017 on Aboite Center Road and Folkstone Drive in Fort Wayne Indiana. A pre-deprivation/evidentiary hearing was held on March 20, 2017. The City issued a decision upholding Claimant's termination on March 27, 2017. Claimant suffered personal injuries, emotional distress, mental anguish, lost income, financial distress, and other damages and injuries.

### Names of All Persons Involved (If Known):

Derrick Moore, Sr.

Ex. A

CHRISTOPHER C. MYERS & ASSOCIATES
Law Offices

Re:   Tort Claim Notice of Derrick Moore

April 21, 2017

    Tony Miller (coworker)
    EMS staff from Lutheran Hospital
    Nancy McAfee, Director of Risk Management
    Brian Shimkus, Street Commissioner
    Heather VanWagner, Safety Claims Investigation Supervisor
    John Clark, Hearing Officer

**The Amount of the Damages Sought:**

    Whatever compensation the judge and jury believe is adequate for the injuries suffered by the Claimant. Injuries are on-going and the precise amount cannot be determined at this point, but Claimant is seeking up to $300,000.00.

**Residence of Claimant at the Time of the Loss and at the Time of the Filing of This Notice:**

    2505 Lynn Avenue, Fort Wayne Indiana 46805

                      Respectfully,

                      CHRISTOPHER C. MYERS & ASSOCIATES

                      Christopher C. Myers

CCM/b

## CERTIFICATE OF HAND DELIVERY

The undersigned hereby swears and affirms that a true and correct copy of the above Tort Claim Notice was hand-delivered by me on the 21st day of April 2017, addressed to:

Tom Henry, Mayor
City of Fort Wayne
200 E. Berry Street, Suite 425
Fort Wayne, IN 46803

Carol Helton, City Attorney
City of Fort Wayne
200 E. Berry Street, Suite 425
Fort Wayne, IN 46802

Joe Soboslay, Legal Assistant
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802

D Moore Tort Claim